IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA and CHARLES RUSS,  :  | |
| : | CIVIL ACTION NO. 02-CV-4255 |
| Plaintiffs,   : | |
| : | |
| v.   : | |
| : | |
| BAYER CORPORATION;   : | ENTRY OF APPEARANCE |
| BAYER AG;   : | |
| GLAXOSMITHKLINE, PLC;   : | |
| GLAXOSMITHKLINE;   : | |
| SMITHKLINE BEECHAM   : | |
| : | |
| Defendants.   : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____     _____
Hope S. Freiwald                    Aline Fairweather



_____     _____
Erin Brennan                        Kirstin J. Miller



DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000